Melanie MCCANN, Noele Nelson, Lisa
Nielson, Plaintiffs–Appellants,

v.

BRYON L. ROSQUIST, D.C., P.C., a
Utah corporation; Bryon L. Rosquist,
individually, Defendants–Appellees.

No. 98–4049.

United States Court of Appeals,
Tenth Circuit.

June 19, 2001.

Larry S. Jenkins; Mary Anne Q. Wood,
with him on the briefs, Wood Crapo LLC,
Salt Lake City, UT, for plaintiffs-appel-
lants.

Brent O. Hatch, Johnson & Hatch, P.C.,
Salt Lake City, UT, for defendants-appel-
lees.

Before LUCERO and PORFILIO,
Circuit Judges, and COOK,* District
Judge.

OPINION ON REMAND

LUCERO, Circuit Judge.

In *United States v. Morrison,* 529 U.S.
598, 120 S.Ct. 1740, 1759, 146 L.Ed.2d 658
(2000), the Supreme Court invalidated the
Civil Rights Remedies for Gender–Moti-
vated Violence Act, 42 U.S.C. § 13981, the
civil liability provision of the Violence
Against Women Act of 1994. The Court
subsequently granted certiorari and vacat-
ed and remanded this case for further
consideration in light of *Morrison.* Fol-
lowing *Morrison,* we must affirm the dis-
trict court's dismissal of the instant action

---

* The Honorable H. Dale Cook, United States
  Senior District Judge for the Northern Dis-

based on the Supreme Court's invalidation
of the underlying statute. The judgment
of the district court is therefore AF-
FIRMED.

The mandate shall issue forthwith.